# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:08CR5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **FINAL** |
| (1) JEFFREY WILLIAM BRANNIGAN | ) | **ORDER OF FORFEITURE** |
| | ) | |

**THIS MATTER** is before the Court on the Government's motion for entry of a Final Order of Forfeiture.

On July 21, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the Defendant's plea of guilty to Count One of the Bill of Indictment. In Count One, the Defendant was charged with conspiracy to manufacture with the intent to distribute marijuana, a schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

On July 23, 2008, through August 21, 2008, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

**IT IS, THEREFORE, ORDERED** that, in accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in **the**

**following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **- 415 Buzzard's Roost, Cullowhee, North Carolina, as described in a deed at Book 803, Page 479, in the Public Registry of Jackson County, North Carolina, being real property, together with all residences, buildings, appurtenances, improvements, and attachments thereon, titled in the names of Jeffrey William Brannigan and Vanessa Dawn Brannigan, husband and wife.**

Signed: October 8, 2008

Lacy H. Thornburg
United States District Judge

2